**Order entered September 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00352-CR
No. 05-19-00353-CR

**FELIPE GOMEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-75558-P & F15-75559-P**

## ORDER

The record was due July 5, 2019. When it was not filed, we notified court reporter Crystal R. Jones-Brown by postcard dated July 9, 2019 that it was past due and directed her to file the reporter's record by August 8, 2019. Ms. Jones-Brown then filed a request for a ten-day extension that we granted, making the record due August 30, 2019. To date, the record has not been filed and we have had no communication with Ms. Jones-Brown.

We **ORDER** the complete reporter's record filed **BY OCTOBER 4, 2019**. We caution Ms. Jones-Brown that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Raquel Jones, Presiding Judge, 203rd Judicial District Court; Crystal R. Jones-Brown, official court reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/     BILL PEDERSEN, III
JUSTICE